IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

KENNETH ROGERS, )
)
Plaintiff, )
)
v. ) CV 323-103
)
GOVERNOR KEMP; COMMISSIONER )
OLIVER; STAN SHEPARD; WARDEN )
WHITE; WARDEN JONES; WARDEN )
EMMONS; WARDEN EVANS; WARDEN )
MACFARLAND; and CAPTAIN KELLUM, )
)
Defendants. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's request to proceed *in forma pauperis*, (doc. no. 2), and requests for injunctive relief, (doc. nos. 3-1, 3-2), **DISMISSES** this action without prejudice, and **CLOSES** this civil action. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 12th day of February, 2024, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE