AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Kenneth Rogers,

                         JUDGMENT IN A CIVIL CASE

    v.                           CASE NUMBER: 3:23-cv-103

Governor Kemp; Commissioner Oliver; Stan Shepard; etc.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    that, pursuant to the Order dated February 12, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's requests to proceed in forma pauperis and for injunctive relief are DENIED. This civil action is DISMISSED without prejudice, and stands CLOSED.



| 02/12/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |

*Tricha Kerr*
(By) Deputy Clerk